**IN THE UNITED STATES FEDERAL COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Susan K. Underhill, an individual, | No. CV-12-02509-PHX-NVW |
| Plaintiff, | |
| v. | |
| Allstate Insurance Company, a foreign property & casualty insurer, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. 26),

**IT IS THEREFORE ORDERED** that this action is dismissed with prejudice and with each party bearing its own fees and costs.  The Clerk shall terminate the case.

Dated this 24th day of September, 2013.

*/s/ Neil V. Wake*
Neil V. Wake
United States District Judge